UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE CITY OF SEATTLE and SEATTLE
OFFICE OF LABOR STANDARDS,

                    Plaintiffs,

    v.

TRANSDEV SERVICES, INC.,

                    Defendant.

Case No. C18-1372RSL

**ORDER GRANTING EXTENSION OF
TIME TO FILE ANSWER**

       THIS MATTER came before the Court on defendant's "Motion for Leave to File

Answer Out of Time." Dkt. # 13. The motion is unopposed and therefore GRANTED.

The Clerk of Court is directed to accept and file Dkt. # 13-1 as defendant's answer.

       Dated this 1st day of November, 2018.

                         *Mwt S Casnik*
                         Robert S. Lasnik
                         United States District Judge

**ORDER GRANTING EXTENSION OF
TIME TO FILE ANSWER** - 1